# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Cliff Wogamon and Debra Wogamon, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | **ORDER** |
| vs. ) | |
| ) | |
| Patterson-UTI Drilling Company LLC and ) | Case No. 1:18-cv-135 |
| Black Hills Trucking, Inc., ) | |
| ) | |
| Defendants. ) | |

**IT IS ORDERED:**

The court shall conduct a status conference with parties by telephone on September 24, 2019, at 10:00 a.m. To participate in the conference, counsel shall call the following number and enter the following access code:

Tel. No.: (877) 810-9415

Access Code: 8992581

**IT IS SO ORDERED.**

Dated this 10th day of September, 2019.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court