# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Cliff Wogamon and Debra Wogamon, ) | |
| ) | |
| Plaintiffs, ) | **ORDER** |
| ) | |
| v. ) | |
| ) | |
| Patterson-UTI Drilling Company LLC ) | Case No. 1:18-cv-135 |
| and Black Hills Trucking, Inc., ) | |
| ) | |
| Defendants. ) | |

On September 9, 2019, Defendant Black Hills Trucking, Inc., filed a motion to amend the scheduling and discovery order. On September 24, 2019, the court held a status conference with the parties by telephone. Pursuant to its discussion with the parties, the court **GRANTS IN PART** Defendant Black Hills Trucking, Inc.'s motion (Doc. No. 29) and **AMENDS** the pretrial deadlines as follows:

1. The parties shall have until October 31, 2019, to complete fact discovery and to file discovery motions.

4. (a) Plaintiff's liability expert disclosures are due by November 15, 2019.

4. (b) Defendant's expert disclosures are due by December 20, 2019.

10. The parties shall have until December 20, 2019, to file dispositive motions (summary judgment as to all or part of the case).

The court was previously advised by the parties in their original proposed scheduling plan that they would consider submitting to a private mediation. The court strongly encourages the parties renew settlement discussions and to schedule a private mediation before the end of 2019. Should the parties want a court-hosted settlement conference, they should so advise the court by October 9,

2019. The court shall reserve December 10 and 19, 2019, for the parties in anticipation that they may opt for a court-hosted settlement conference.

**IT IS SO ORDERED.**

Dated this 25th day of September, 2019.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court