# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Cliff Wogamon and Debra Wogamon, ) | |
| ) | |
| Plaintiffs, ) | **ORDER RESCHEDULING FINAL** |
| ) | **PRETRIAL CONFERENCE** |
| vs. ) | |
| ) | |
| Patterson-UTI Drilling Company, and ) | |
| Black Hills Trucking, Inc., ) | Case No. 1:18-cv-135 |
| ) | |
| Defendants. ) | |

The final pretrial conference set for October 19, 2020, shall be rescheduled for August 10, 2020, at 3:00 p.m. by telephone before the magistrate judge. To participate in the conference, counsel should dial (877) 810-9415 and enter access code 8992581.

**IT IS SO ORDERED.**

Dated this 22nd day of July, 2020.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court